Attachment for Contempt CO-528 (Rev. - DC 4/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In Re: US v. ANTWAN BALL, ET AL

Misc. No. 07-0 87

## ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

**You are hereby commanded to arrest** ___TANIKA GRAY___ whose address is ___1320 CONGRESS ST. SE #4 WASHINGTON, DC,   DOB 6/22/88___ and bring him/her forthwith before the United States District Court for the District of Columbia for the reason that he/she:

- [x] willfully failed to appear after having been served with a subpoena

  OR

- [ ] willfully evaded service of a subpoena pursuant to Title 18 USC 3144.

- [x] You are further commanded to detain ___TANIKA GRAY___ in your custody until he/she is discharged by the Court.

  OR

- [ ] You are hereby commanded to bring said person forthwith to Courtroom _____, United States District Court for the District of Columbia.

Upon order of the Honorable ___RICHARD W. ROBERTS___, United States District Judge this __26TH__ day of ___FEBRUARY___, __2007__.

NANCY MAYER-WHITTINGTON, Clerk

By: _[signature] Romero_

Deputy Clerk

---

**RETURN***
DISTRICT OF COLUMBIA
Received the within warrant the _____ day of _____, 20____ and executed same.

By: _____